**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

November 18, 2005

**Before**

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. DIANE P. WOOD, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 04-1951

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff-Appellee,*<br><br>    v.<br><br>RANDY VELLEFF,<br>    *Defendant-Appellant.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division<br><br>No. 02 CR 398-1<br><br>Joan H. Lefkow,<br>*Judge.* |

**O R D E R**

Randy Velleff was sentenced to 430 months' imprisonment for robbery, 18 U.S.C. § 1951, and gun and drug crimes, *id.* § 924(c)(1)(A); 21 U.S.C. §§ 841(a)(1), 846.  On appeal he argued that the district court erred by sentencing him under the mandatory sentencing guidelines, *see United States v. Booker*, 125 S. Ct. 738 (2005), so we ordered a limited remand to ask if the court would have given him the same sentence had it known the guidelines were advisory, *United States v. Paladino*, 401 F.3d 471, 484 (7th Cir. 2005).  The court answered that it would have given him a lighter sentence.  Consequently, the government concedes that Velleff's sentence must be vacated.  We agree.

VACATED and REMANDED.